RECEIVED

SEP 21 2015

13th COURT OF APPEALS

Orlando Robles 01990845
Garza West
4250 Hwy 202
Beeville, Tx 78102

August 11, 2015

Court of appeals Thirteenth District of Texas
Nueces County Courthouse
901 Leopard, 10th floor
Corpus Christi, Tx 78401

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 25 2015

Abel Acosta, Clerk

Re: Cause No. 13-14-00609 CR
Tr. Ct. No. 13CR4124-A
Style: Orlando Robles v. The State of Texas

FILED IN
COURT OF CRIMINAL APPEALS

SEP 25 2015

Abel Acosta, Clerk

Dear Cecile Foy Gsanger, Clerk

   I wish to file the Pro Se Motion and
also would like to file a Petition for Discretionary
Review with the Court of Criminal Appeals.
Could you please provide me with the documents
I need so I may do so.

        Your time and Help is Greatly Appreciated

                  Sincerely,
                  Orlando Robles